# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**KENDRICK SLAUGHTER, NADJA WALKER,**
**ANTJUAN JETHROW, ALMA WREN, MATTIE COLLINS,**     **PLAINTIFFS**
**JINISHA SIMONDS, DAISY LANDRUM, CORTEZ LANDRUM,**
**NANNETTE TANKSLEY, AND DEION SANDERS on Behalf of Themselves**
**and Others   Similarly Situated**

**v.**     **CAUSE NO. 1:17-cv-00210-GHD-DAS**

**NORTH ATLANTIC SECURITY COMPANY,**     **DEFENDANTS**
**AND JOHN DOES 1 -20,   Individually**

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS ACTION WITH PREJUDICE

Before this Court is the Parties' Joint Motion to Approve Settlement Agreement and Dismiss Action with Prejudice.  The Court finds that the instant Complaint was filed alleging a violation of the Fair Labor Standards Act ("FLSA").  The Court finds that the litigation in this matter is predicated on a bona fide dispute about regular and overtime hours worked and exempt status.  The Court finds that the settlement is fair and equitable and is not a compromise of guaranteed substantive rights.

Accordingly, the Court ORDERS that:

1. The Joint Motion to Approve Settlement Agreement and Dismiss Action With Prejudice [31] is GRANTED;

2. The Settlement Agreement between the parties is APPROVED;

3. The claims in this case are DISMISSED; and

4. This case is CLOSED.

**SO ORDERED**, this, the 30th day of September, 2019.

                                          /s/ David A. Sanders
                                  UNITED STATES MAGISTRATE JUDGE